KAMER ZUCKER ABBOTT
Scott M. Abbott #4500
Jody M. Florence #6645
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jflorence@kzalaw.com

Attorneys for Defendant
Zions Bancorporation N.A.
d/b/a Nevada State Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MORENO,<br><br>Plaintiff,<br><br>vs.<br><br>ZIONS BANCORPORATION, N.A., d/b/a NEVADA STATE BANK; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:26-cv-01911-ART-BNW<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Rebecca Moreno and Defendant Zions Bancorporation N.A. d/b/a Nevada State Bank, by and through their respective counsel of record, stipulate and request that this Court extend the time for Defendant to respond to Plaintiff's Complaint, up to and including Wednesday, **August 5, 2026**. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff served Defendant with a copy of the Summons and Complaint on July 1, 2026. The present deadline for Defendant to respond to Plaintiff's Complaint is Wednesday, July 22, 2026.

2. On July 15, 2026, counsel for Defendant, Scott M. Abbott, contacted Plaintiff's counsel, Lawrence W. Freiman, to request a two-week extension of time to respond to the Complaint, up to and including August 5, 2026. Mr. Freiman agreed to Mr. Abbott's request.

3. This is the first request for an extension of time for Defendant to respond to Plaintiff's Complaint, and is not sought for any improper purpose or other reason of delay. This extension is sought only to secure sufficient time to gather the information necessary to respond to Plaintiff's Complaint.

WHEREFORE, the parties respectfully request that Defendant be permitted an extension of time, up to and including **August 5, 2026**, to respond to Plaintiff's Complaint.

DATED this 15th day of July 2026.

FREIMAN LEGAL

By: /s/ *Lawrence W. Freiman*
Lawrence W. Freiman #10588
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Tel: (310) 917-1004
Fax: (310) 300-2603
lawrence@freimanlegal.com

Attorney for Plaintiff

KAMER ZUCKER ABBOTT

By: /s/ *Scott M. Abbott*
Scott M. Abbott #4500
Jody M. Florence #6645
6325 South Jones Blvd., Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED: July 16, 2026

UNITED STATES MAGISTRATE JUDGE

**Scott Abbott**

**From:** Larry Freiman <lawrence@freimanlegal.com>
**Sent:** Wednesday, July 15, 2026 1:56 PM
**To:** Scott Abbott
**Cc:** Ivania Leonard; Jennifer Gross; Kathleen Knight; Jody Florence
**Subject:** Re: Moreno v. Zions Bancorporation N.A. - Case 2:26-cv-01911

Good to file thx
Best regards,

Lawrence W. Freiman, Esq.
Attorney & Mediator
FREIMAN LEGAL, P.C.
***Licensed in CA, NV & WA***
Fax: (310) 300-2603

**Main Office and Mailing Address**
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Direct: (310) 917-1004

**Northern California**
1 Sansome St., Suite 3500
San Francisco, CA 94104
Direct: (415) 590-4836

**Southern California**
445 Marine View Ave., Suite 300
Del Mar, CA 92014
Direct: (858) 261-2444

**Washington**
9030 35th Ave. SW, Suite 100
Seattle, WA 98126
564-228-0888

www.freimanlegal.com

NOTICE REGARDING SERVICE OF DOCUMENTS: Pursuant to CCP 1010.6(e), any document that may be served by mail must be served electronically at lawrence@freimanlegal.com, ivania@freimanlegal.com, and jennifer@freimanlegal.com.

CONFIDENTIALITY NOTICE: The information contained herein is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying or distribution of the information contained herein is strictly prohibited. If you

have received this communication in error, please contact the sender by reply mail and destroy all copies of the original. Thank you for your assistance.

On Jul 15, 2026, at 1:38 PM, Scott Abbott <sabbott@kzalaw.com> wrote:

Hi,

Please see the attached stipulation. Let me know of any changes or if authorized to e-sign and file.

Thanks.

**Scott M. Abbott**
<image001.png>
Kamer Zucker Abbott
6325 South Jones Boulevard, Suite 300
Las Vegas, NV 89118
(702) 259-8640 (Phone)
(702) 259-8646 (Fax)
sabbott@kzalaw.com

If you are not the intended recipient, do not read this e-mail. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at 702.259.8640 and delete this e-mail message and any attachments.

If you are a client or work for a client of Kamer Zucker Abbott, or have consulted with the law firm for potential representation, this e-mail is protected by the attorney-client privilege and the work product doctrine. This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this e-mail to others as the privilege may be lost. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled Attorney-Client Privilege. **DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.**

For additional information about Kamer Zucker Abbott, including a list of our attorneys, please visit our website at www.kzalaw.com. Please consider the environment before printing this e-mail.

---

**From:** Larry Freiman <lawrence@freimanlegal.com>
**Sent:** Wednesday, July 15, 2026 11:52 AM
**To:** Scott Abbott <sabbott@kzalaw.com>
**Cc:** Ivania Leonard <ivania@freimanlegal.com>; Jennifer Gross <jennifer@freimanlegal.com>; Kathleen Knight <kknight@kzalaw.com>; Jody Florence <jflorence@kzalaw.com>
**Subject:** Re: Moreno v. Zions Bancorporation N.A. - Case 2:26-cv-01911

Yes-want to draft a quick stip?